CLERK, U.S. DISTRICT COURT

AUG 2 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DONALD MARINI,                          )    Case No. ED CV 13-1400-FMO (PJW)
                                        )
                    Plaintiff,          )
                                        )    J U D G M E N T
          v.                            )
                                        )
CAROLYN W. COLVIN,                      )
ACTING COMISSIONER OF THE               )
SOCIAL SECURITY ADMINISTRATION,         )
                                        )
                    Defendant.          )
_____)

Pursuant to the Order Dismissing Action for Failure to Prosecute,
IT IS ADJUDGED that the action is dismissed without prejudice.


DATED: ____8/21/14____.



                              _____
                              FERNANDO M. OLGUIN
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Social Security\MARINI, 1400\Judgment.wpd